IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| FLYING TIGERS, INC. and | : | NO. 12-394-1 |
| JAY STOUT | : | NO. 12-394-2 |

ORDER

AND NOW, this 29th day of January, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants Flying Tigers, Inc. and Jay Stout for suppression of evidence obtained through a warrantless search (Doc. #75) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.