IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| FLYING TIGERS, INC. | : | NO. 12-394-1 |
| JAY STOUT | : | NO. 12-394-2 |

ORDER

AND NOW, this 27th day of March, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants Flying Tigers, Inc. and Jay Stout for trial severance pursuant to Rule 14(a) of the Federal Rules of Criminal Procedure (Doc. #110) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                              J.