IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| FLYING TIGERS, INC. and | : | NO. 12-394-1 |
| JAY STOUT | : | NO. 12-394-2 |

ORDER

AND NOW, this 4th day of June, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants Flying Tigers, Inc. and Jay Stout for a transfer of venue to the United States District Court for the Middle District of Pennsylvania (Doc. #129) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                    J.